IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DUKES, | No. CIV S-09-2916-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| E.R. JUNES, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is incarcerated in Salinas Valley State Prison, and is challenging a prison disciplinary proceeding arising from there.[1] Salinas Valley State Prison is located in Soledad, which is within Monterey County. Monterey County is an area embraced by the United States District Court for the Northern District of California.

/ / /

---

[1] It is unclear whether petitioner is actually challenging a prison discipline or is complaining about the conditions of his confinement. If the latter, his remedy lies in a civil rights action under 42 U.S.C. § 1983. See Rizzo v. Dawson, 778 F.2d 527, 531-32 (9th Cir. 1985). Either way, the proper court to raise these issues is the Northern District.

1

The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973). In the instant case, both petitioner's conviction and his place of incarceration occurred in an area covered by the District Court for the Northern District of California.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

DATED: November 20, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE