IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELVIN DUKES,

        Petitioner,

v.

E. R. JUNES,

        Respondent.

No. C 09-05784 SBA (PR)

**ORDER DIRECTING PETITIONER TO SHOW CONTINUED INTENT TO PROSECUTE THIS ACTION**

Petitioner filed the instant pro se habeas corpus petition in the United States District Court for the Eastern District of California. On October 20, 2009, the Clerk of the Court in the Eastern District sent Petitioner "Prisoner New Case Documents," which included an "Order re Consent or Request for Reassignment" signed by Magistrate Judge Craig M. Kellison of the Eastern District. On October 29, 2009, the aforementioned documents sent to Petitioner by the Clerk of the Eastern District were returned as undeliverable with a notation: "Return to Sender -- Inmate Refused."

In an Order dated November 20, 2009, Magistrate Judge Kellison transferred this action to this Court.[1] On December 15, 2009, the Clerk of the Court informed Petitioner that this case had been transferred to the Northern District.

Pursuant to Federal Rule of Civil Procedure 41(b), a district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order. See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered when the failure to comply is unreasonable. See id. A district court should

---

[1] Magistrate Judge Kellison indicated Petitioner was challenging a prison disciplinary proceeding arising from Salinas Valley State Prison, but that the judge was not sure whether to construe this action as a civil rights action or a habeas corpus action, stating: "It is unclear whether petitioner is actually challenging a prison discipline or is complaining about the conditions of his confinement. If the latter, his remedy lies in a civil rights action under 42 U.S.C. § 1983. See Rizzo v. Dawson, 778 F.2d 527, 531-32 (9th Cir. 1985). Either way, the proper court to raise these issues is the Northern District.." (Nov. 20, 2009 Order at 1 n.1.)

afford the litigant prior notice of its intention to dismiss. See Malone v. United States Postal Serv., 833 F.2d 128, 133 (9th Cir. 1987).

In the instant case, the documents sent to Petitioner by the Clerk of the Eastern District were returned as undeliverable. Accordingly, it is in the interests of justice and judicial efficiency for the Court to establish whether Petitioner intends to continue to prosecute this action. Petitioner shall file a notice of his continued intent to prosecute no later than **thirty (30) days** of the date of this Order. Failure to do so will result in the dismissal of this action without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. See Malone, 833 F.2d at 133 (the district court should afford the litigant prior notice before dismissing for failure to prosecute).

IT IS SO ORDERED.

DATED: 12/17/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.09\Dukes5784.41(b)-NOTICE.wpd

```
 1 | UNITED STATES DISTRICT COURT
   | FOR THE
 2 | NORTHERN DISTRICT OF CALIFORNIA
 3 |
   | MELVIN DUKES,
 4 |                                              Case Number: CV09-05784 SBA
   |           Plaintiff,
 5 |                                              CERTIFICATE OF SERVICE
   |   v.
 6 |
   | E R JUNES et al,
 7 |
   |           Defendant.
 8 |                                      /
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melvin Dukes D-33572
Salinas Valley State Prison (1050)
P.O. Box 1050
Soledad, CA 93960-1050

Dated: December 21, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.09\Dukes5784.41(b)-NOTICE.wpd